**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| YELLOW TREE THEATRE and JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>ACTOR' EQUITY ASSOCIATION,<br><br>Defendant. | Civil File No. 0:26-cv-03416-JWB-EMB<br><br>**MOTION FOR LEAVE TO PROCEED BY PSEUDONYM** |

## MOTION

Plaintiff hereby moves the Court, pursuant to Local Rule 7.1, for an Order (1) permitting individually named Plaintiff to proceed by the pseudonym "Jane Doe," in all publicly filed pleadings, motions, memoranda, declarations, exhibits, proposed orders, and other filings, unless otherwise ordered by the Court, and (2) prohibiting the parties from using Jane Doe's full name in any publicly filed document in this action, except as expressly authorized by further order of the Court. Plaintiff's Motion is based upon all files, records, and proceedings in this matter, the accompanying memorandum of law, and any supporting declarations to be filed with the Court, and such further evidence or arguments as may be required or permitted by the Court.

Respectfully submitted,

Dated: August 26, 2026

DORSEY & WHITNEY LLP

By s/Jennifer R. Coates
Jennifer R. Coates (#0388959)
coates.jennifer@dorsey.com
Deborah Autrey (#0399996)
autrey.deborah@dorsey.com
Henry Adebisi (#0506609)
adebisi.henry@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Plaintiffs YELLOW TREE THEATRE and JANE DOE